ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                     )
                                                )
Raytheon Company                                )   ASBCA No. 64101
                                                )
Under Contract No. N00024-19-C-5412             )

APPEARANCES FOR THE APPELLANT:        Sheila A. Armstrong, Esq.
                                        K&L Gates LLP
                                        Dallas, TX

                                      Marla T. Reschly, Esq.
                                        K&L Gates LLP
                                        Charlotte, NC

APPEARANCES FOR THE GOVERNMENT:       Allison M. McDade, Esq.
                                        Navy Chief Trial Attorney
                                      Anthony Hicks, Esq.
                                        Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: August 22, 2025

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64101, Appeal of Raytheon Company, rendered in conformance with the Board's Charter.

Dated: August 22, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals